| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ST. JOSEPH | ) | |

CAUSE NO. 71___-2006-CT-_____

**71C01-2006-CT-000222**

MARK CLADY and TOKA CLADY,    )
                              )
        Plaintiffs,           )
                              )
    v.                        )
                              )
UGI CORPORATION,              )
AMERIGAS, INC.,               )
AMERIGAS PROPANE, INC.,       )
AMERIGAS PARTNERS, LP,        )
AMERIGAS PROPANE, LP, and     )
CHAR-BROIL, LLC,              )
                              )
        Defendants.           )

## COMPLAINT FOR DAMAGES

COME NOW Plaintiffs, Mark Clady and Toka Clady and hereby submit their complaint for damages against Defendants, UGI Corporation, AmeriGas, Inc., AmeriGas Propane, Inc., AmeriGas Partners, LP, AmeriGas Propane, LP, and Char-Broil, LLC, alleging as follows:

1. Plaintiffs Mark Clady and Toka Clady are husband and wife and are residents of St. Joseph County, Indiana.

2. Defendant UGI Corporation is a Pennsylvania corporation with its principal place of business in Pennsylvania. It is the direct parent corporation and sole owner of Defendant AmeriGas, Inc.

3. Defendant AmeriGas Inc. is a Pennsylvania Corporation with its principal place of business in Pennsylvania. It is the direct parent corporation of Defendant AmeriGas Propane, Inc.

1

4. Defendant AmeriGas Propane, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania. It is the general partner of Defendant AmeriGas Partners, LP and the limited partner of Defendant AmeriGas Propane, LP.

5. Defendant AmeriGas Partners, LP is a Delaware publicly traded limited partnership with its principal place of business in Pennsylvania.

6. Defendant AmeriGas Propane, LP is a Delaware limited partnership with its principal place of business in Pennsylvania. (The Defendants identified in Paragraphs 2 through 6 will hereinafter be referred to collectively as "AmeriGas" or the "AmeriGas Defendants.")

7. Defendant Char-Broil, LLC ("Char-Broil") is a Georgia limited liability company with its principal place of business in Georgia.

8. At all times relevant, the AmeriGas Defendants designed, manufactured, and placed into the stream of commerce in Indiana propane tanks for personal use by consumers.

9. At all times relevant, Char-Broil designed, manufactured, and placed into the stream of commerce in Indiana gas operated grills.

10. On or about July 1, 2018, Plaintiffs and or each of them purchased a propane tank designed, manufactured, and placed into the stream of commerce by the AmeriGas Defendants.

11. The propane tank was supposed to be designed and equipped with safety features that would prevent propane gas from leaking and/or causing an explosion.

12. At some point within the ten years prior to August 4, 2018, Plaintiffs purchased a gas grill designed, manufactured, and placed into the stream of commerce in Indiana by Char-Broil.

13. The grill was supposed to be designed and equipped with safety features that would prevent propane gas from leaking and/or causing an explosion.

2

14. On or about August 4, 2018, Mark Clady was operating his Char-Broil grill, fueled by the AmeriGas propane tank purchased approximately one month prior, in a normal, foreseeable, and safe manner.

15. While Mark Clady was operating the grill, an explosion of fire occurred, originating from the area of the propane tank.

## COUNT I – Negligence

16. Plaintiff Mark Clady adopts and incorporates by reference the allegations in paragraphs 1-15 and restates them collectively herein.

17. Defendants failed to exercise reasonable care in the design of their respective products and failed to provide adequate warnings and instructions for their use.

18. Defendants places their respective products into the stream of commerce in defective and unreasonably dangerous condition to any consumers.

19. Defendants were careless and negligent in the design, manufacture, development, marketing, packaging, and/or distributing related to their products.

20. At all relevant times, Mark Clady was a user of the grill and propane tank and was therefore was in the class of persons that Defendants should have reasonably foreseen as being subject to harm caused by the defective condition of their respective products.

21. Prior to the incident of August 4, 2018, neither product was ever substantially altered, and each was in the condition in which it was distributed and received.

22. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff Mark Clady sustained serious and permanent injuries. He has incurred hospital and medical expenses and will continue to incur medical expenses in the future. He has been permanently impaired physically. Plaintiff Mark Clady has endured great pain and suffering, and

he will continue to endure pain and suffering in the future. He has suffered lost wages and income and will continue to do so due to his reduced earning capacity. His ability to function as a whole person has been impaired. He has been disfigured by his injuries.

WHEREFORE, Plaintiff Mark Clady prays for judgment against Defendants, UGI Corporation, AmeriGas, Inc., AmeriGas Propane, Inc., AmeriGas Partners, LP, AmeriGas Propane, LP, and Char-Broil, LLC, in an amount which will fully and fairly compensates him for the damages, harms, and losses sustained by him, for costs of this action, for prejudgment interest, and for all other just and proper relief in the premises.

### COUNT II – Strict Liability

23. Plaintiff Mark Clady adopts and incorporates by reference the allegations in paragraphs 1-22 and restates them collectively herein.

24. This action is brought pursuant to the provisions of the Indiana Product Liability Statute, Ind. Code § 34-6-2-29 through Ind. Code § 34-6-2-146, on the theory of strict liability in tort.

25. Defendants placed into the stream of commerce the defective propane tank and/or grill and their defective conditions and thereby caused injuries to Mark Clady.

26. At the time the products were placed into the stream of commerce by Defendants, they contained defects that made them unreasonably dangerous for their intended purpose.

27. At all times relevant to this cause of action, the products were being used by Mark Clady for the purpose for which they were was reasonably intended.

28. The products were in substantially the same condition as when they were placed into the stream of commerce by Defendants.

29. As a direct and proximate result of the defective and unreasonably dangerous products placed in the stream of commerce by Defendants, Plaintiff Mark Clady sustained serious and permanent injuries. He has incurred hospital and medical expenses and will continue to incur medical expenses in the future. He has been permanently impaired physically. Plaintiff Mark Clady has endured great pain and suffering, and he will continue to endure pain and suffering in the future. He has suffered lost wages and income and will continue to do so due to his reduced earning capacity. His ability to function as a whole person has been impaired. He has been disfigured by his injuries. Defendants are strictly liable for the personal injuries suffered by Plaintiff Mark Clady.

WHEREFORE, Plaintiff Mark Clady prays for judgment against Defendants, UGI Corporation, AmeriGas, Inc., AmeriGas Propane, Inc., AmeriGas Partners, LP, AmeriGas Propane, LP, and Char-Broil, LLC, in an amount which will fully and fairly compensates him for the damages, harms, and losses sustained by him, for costs of this action, for prejudgment interest, and for all other just and proper relief in the premises.

## COUNT III – Loss of Consortium

30. Plaintiff Toka Clady adopts and incorporates by reference the allegations in paragraphs 1-29 and restates them collectively herein.

31. As a direct and proximate result of the actions and omissions of Defendants, Plaintiff Toka Clady has sustained damages. She has incurred incidental expenses as a result of the injuries to her husband. She has lost the value of his services and consortium.

WHEREFORE, Plaintiff Toka Clady prays for judgment against Defendants, UGI Corporation, AmeriGas, Inc., AmeriGas Propane, Inc., AmeriGas Partners, LP, AmeriGas Propane, LP, and Char-Broil, LLC, in an amount which will fully and fairly compensates her for

the damages, harms, and losses sustained by her, for costs of this action, for prejudgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ E. Spencer Walton*
E. Spencer Walton, Jr. (1000-71)
Matthew J. Anderson (27511-71)
*Attorneys for Plaintiffs*

### JURY DEMAND

Plaintiffs hereby demand trial by jury on all counts.

Respectfully submitted,

*/s/ E. Spencer Walton*
E. Spencer Walton, Jr. (1000-71)
Matthew J. Anderson (27511-71)
*Attorneys for Plaintiffs*

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789
E-mail: ewalton@maylorber.com
manderson@maylorber.com